### UNITED STATES of America, Plaintiff-Appellee

v.

### Pedro ARCE-ORDONES, Defendant-Appellant

#### No. 16-40934
#### Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed June 20, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Pedro Arce-Ordones, Pro Se

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

trict court could have focused exclusively on the willfulness of G&K Farms's default.

PER CURIAM: *

The Federal Public Defender appointed to represent Pedro Arce-Ordones has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arce-Ordones has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Arce-Ordones's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

